AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JAMAL JACKSON; JANNIE MENDEZ<br>Plaintiff<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive,<br><br>Defendants. | )<br>)<br>)  Civil Action No.   CV 08 1916  SBA<br>)<br>) |

**Summons in a Civil Action**

To: HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUTY OF SAN FRANCISCO
*(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Cheasty, Law Offices of Cheasty & Cheasty
1604 Solano Ave., P. O. Box 8357, Berkeley, California 94707
Tel.: 510-525-1000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 1 6 2008

CYNTHIA LENAHAN
Deputy clerk's signature