DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JACKSON; JANNIE MENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officers for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-1916 SBA<br><br>**DEFENDANT'S NOTICE OF UNAVAILABILITY OF COUNSEL** |

PLEASE TAKE NOTICE that counsel for defendant City and County of San Francisco, Deputy City Attorney Sean F. Connolly, will be unavailable for depositions, motions, court appearances, filing oppositions to motions and responding to discovery requests and similar matters that require his immediate attention from the following dates listed below:

**August 1, 2008 through August 20, 2008.**

Further, Mr. Connolly is the sole attorney responsible for this matter; therefore, scheduling matters during the above period may subject the offending party or counsel to sanctions.

Dated: July 16, 2008

                              DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
Deputy City Attorneys


By: s/*Sean F. Connolly*
      SEAN F. CONNOLLY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO