**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JAMAL JACKSON, *et al.*, | No. C 08-1916 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 8] |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, *et al.*, | |
| Defendants. | |

Based on the parties' representations in their Case Management Statement [Docket No. 10] that this matter is related to *Myers v. City and County of San Francisco*, No. 08-1163 JSW, Docket No. 10 at 6:11-14, the Case Management Conference scheduled for July 30, 2008 at 2:45 p.m, *see* Docket No. 8, is CONTINUED to September 17, 2008 at 3:30 p.m. The parties are ORDERED to file a Motion of Related Case under Civil Local Rule 3-12 within ten days of the date of the entry of this Order.

IT IS SO ORDERED.

July 25, 2008

Saundra Brown Armstrong
United States District Judge