1 DENNIS J. HERRERA, State Bar #139669
City Attorney
2 JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
4 Fox Plaza
1390 Market Street, 6th Floor
5 San Francisco, California 94102-5408
Telephone:    (415) 554-3863
6 Facsimile:    (415) 554-3837
E-Mail:        sean.connolly@sfgov.org
7

8 Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
9 CHIEF HEATHER FONG, OFFICER JESSE SERNA,
OFFICER GARY MORIYAMA
10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 | JAMAL JACKSON; JANNIE MENDEZ,          | Case No. C08-1916 SBA

15 |             Plaintiffs,

16 |         vs.                            | **DECLARATION OF SEAN F. CONNOLLY IN SUPPORT OF**
17 | CITY AND COUNTY OF SAN                 | **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO RELATE**
   | FRANCISCO, et al                       | **CASES**
18 |
19 |             Defendants.

20 | SHAWN MYERS and SARAH MYERS,           | Case No. C08-01163 MEJ

21 |             Plaintiffs,                | **DECLARATION OF SEAN F. CONNOLLY IN SUPPORT OF**
22 |         vs.                            | **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO RELATE**
   |                                        | **CASES**
23 | CITY AND COUNTY OF SAN
   | FRANCISCO, et al.
24 |             Defendants.

25

26

27

28

Decl. Connolly ISO CCSF Opp. to Motion to Relate            1            n:\lit\li2008\081325\00499472.doc
Cases; CASE NO.  C08-1916 SBA

1    I, Sean F. Connolly, declare as follows:

2    1.    I am a Deputy City Attorney in the Office of the City Attorney, counsel of record to

3    Defendants in this action.  I have personal knowledge of the contents of this declaration, except where

4    indicated otherwise, and I could and would testify competently thereto if called upon to do so.

5    2.    On June 26, 2008, Magistrate Judge Larson, Judge Chesney, Judge Hamilton, and

6    Magistrate Judge James, correctly ruled that a group of cases (including *Myers*) were not related

7    simply because one of the named police officer defendants was common to each case.  A true and

8    correct copy of the Order, identified as Doc. Entry No. 48, in the matter entitled *Oliver v. CCSF, et*

9    *al*., Case No. C07-2460, is attached hereto as Exhibit A.

10    3.    Furthermore, On August 14, 2007, Magistrate Judge Larson denied a similar request

11    by plaintiffs in unrelated case who so moved simply because the cases involved Officer Serna.  A true

12    and correct copy of that Order, identified as Doc. Entry No. 16, in the matter entitled *Oliver v. CCSF,*

13    *et al*., Case No. C07-2460, is attached hereto as Exhibit B.

14    I declare under penalty of perjury pursuant to the laws of the State of California that the

15    foregoing is true and correct.

16    Executed August 4, 2008, at San Francisco, California.

17

18    s/*Sean F. Connolly*
      Sean F. Connolly

19

20

21

22

23

24

25

26

27

28

Decl. Connolly ISO CCSF Opp. to Motion to Relate            2            n:\lit\li2008\081325\00499472.doc
Cases; CASE NO.  C08-1916 SBA

**EXHIBIT A**

**TO**

**DECLARATION OF SEAN F. CONNOLLY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO RELATE CASES**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-02460 JL**    Oliver v. City and County of San Francisco et al

**C 07-02718 MMC**    Hwang v. City and County of San Francisco et al

   I find that the above case is related to the case assigned to me. _____


**C 07-02941 PJH**    Maestrini v. City & County of San Francisco et al

   I find that the above case is related to the case assigned to me. _____


**C 08-01163 MEJ**    Myers et al v. City and County of San Francisco et al

   I find that the above case is related to the case assigned to me. _____

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

-1-

Dated:_____        _____

Magistrate Judge James Larson


Dated:_____        _____

Judge Maxine M. Chesney


Dated:_____        _____

Judge Phyllis J. Hamilton

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: 6-26-08

By: _____
Deputy Clerk

**EXHIBIT B**

**TO**

**DECLARATION OF SEAN F. CONNOLLY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO RELATE CASES**

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11                                                    No. C 07-2460 JL
    GREGORY OLIVER, II,
12                                                    ORDER THAT CASES ARE NOT
            Plaintiff,                                RELATED
13
            vs.                                       C-07-2941 PJH, Maestrini v CCSF
14                                                    C-07-2718 WDB, Hwang v CCSF, et al.

15  CITY AND COUNTY OF SAN
    FRANCISCO, et al.,
16
            Defendants.
17
                                                /
18
            The Court received Plaintiff's Administrative Motion to relate Cases pursuant to Civil
19
    Local Rule 3-12 and Defendants' opposition to the motion. All parties in the *Oliver* case
20
    have consented to this Court's jurisdiction as provided by 28 U.S.C. §636(c) and Civil Local
21
    Rule 73.
22
            Civil Local Rule 3-12(a) provides the following definition of related cases:
23
            An action is related to another when:
24
            (1) The actions concern substantially the same parties, property, transaction or
25
    event; and
26
            (2) It appears likely that there will be an unduly burdensome duplication of labor and
27
    expense or conflicting results if the cases are conducted before different Judges.
28

C-07-2460 ORDER                                                          Page 1 of 2

**United States District Court**
For the Northern District of California

1    The Court reviewed the moving and opposing papers and concludes that the cases

2    should not be related. They involve different plaintiffs. They involve different groups of

3    defendants. They involve entirely distinct incidents occurring over a period of nine months.

4    They involve different legal theories. One case involves allegations of false arrest and use

5    of a baton. Another involves allegations of an unlawful detention, but not an arrest, and the

6    use of physical force. Yet another involves allegations against two named officers, one who

7    is not alleged to have been involved in any other incident.

8        No judicial resources would be conserved by relating these cases. There would be

9    no undue burden on the parties or the Court if they are not related.

10       Accordingly, the motion to relate cases is denied.

11       IT IS SO ORDERED.

12   DATED: August 14, 2007

13

14   _____
     James Larson
     Chief Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C-07-2460 ORDER                                                    Page 2 of 2