| | |
|---|---|
| 1 | Robert C. Cheasty, Esq. # 85115 |
| | Law Offices of Cheasty & Cheasty |
| 2 | 1604 Solano Avenue |
| | P.O. Box 8357 |
| 3 | Berkeley, CA 94707 |
| | Telephone: (510) 525-1000 |
| 4 | Email: rcheasty@cheastylaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| 11 | JAMAL JACKSON; JANNIE MENDEZ, | NO. 4:08-cv-01916-SBA |
| 12 | Plaintiffs, | |
| 13 | | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JESSE SERNA BY PERSONAL SERVICE.** |
| 14 | vs. | |
| 15 | | |
| 16 | CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive, Defendants. | |

I am a resident of the United States, County of Alameda, over 18 years of age, and not a party to the within action. My business address is 1604 Solano Avenue, Berkeley, California

JOINT CASE MANAGEMENT STATEMENT.

-1-

-2-

94707, which is located in the County of Alameda. The service described below took place in Contra Costa County at the place described below.

On July 27, 2008 at 10:06 a.m., I served a true copy of the following,

- Order Setting Initial Case Management Conference And ADR Deadlines;
- Summons issued April 16, 2008;
- U.S. District Court Northern California ECF Registration Information Handout;
- Guide To Court Offices;
- Civil Cover Sheet;
- Complaint For Damages For Violation Of Civil Rights filed April 10, 2008;
- Exhibit A;

on the Defendant Officer, Jesse Serna, by personally delivering a copy of the above documents to Officer Serna at his residence at:

357 Masters Court, Apt. 1

Walnut Creek, CA 94598

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on August 5, 2008, at Berkeley, California.

*/s/ Nick Reed-Krase*
Nick Reed-Krase

JOINT CASE MANAGEMENT STATEMENT.

-2-