1  Robert C. Cheasty, Esq. # 85115
   Law Offices of Cheasty & Cheasty
2  1604 Solano Avenue
   P.O. Box 8357
3  Berkeley, CA 94707
   Telephone: (510) 525-1000
4  Email: rcheasty@cheastylaw.com
5
   Attorneys for Plaintiff
6
7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN FRANCISCO
10
11
12 | JAMAL JACKSON; JANNIE MENDEZ,    NO. 4:08-cv-01916-SBA

   Plaintiffs,
13
                                     **PROOF OF SERVICE OF SUMMONS
14 | vs.                              AND COMPLAINT ON DEFENDANT
                                     GARY MORIYAMA BY PERSONAL
15                                   SERVICE.**
   CITY AND COUNTY OF SAN
16 | FRANCISCO, a municipal corporation;
   HEATHER FONG, in her capacity as
17 | Chief of Police for the CITY AND
   COUNTY OF SAN FRANCISCO; JESSE
18 | SERNA, individually, and in his capacity
   as a police officer for the CITY AND
19 | COUNTY OF SAN FRANCISCO; GARY
   MORIYAMA, individually and in his
20 | capacity as a police officer for the CITY
   AND COUNTY OF SAN FRANCISCO;
21
   and San Francisco police officers and
22 | employees DOES 1 through 50, inclusive,
23
   Defendants.
24
25
            I am a resident of the United States, County of Alameda, over 18 years of age, and
26
   not a party to the within action. My business address is 1604 Solano Avenue, Berkeley, California
27
28

JOINT CASE MANAGEMENT STATEMENT.
                              -1-

94707, which is located in the County of Alameda. The service described below took place in Contra Costa County at the place described below.

On July 29, 2008 at 11:21 a.m., I served a true copy of the following,

- Order Setting Initial Case Management Conference And ADR Deadlines;
- Summons issued April 16, 2008;
- U.S. District Court Northern California ECF Registration Information Handout;
- Guide To Court Offices;
- Civil Cover Sheet;
- Complaint For Damages For Violation Of Civil Rights filed April 10, 2008;
- Exhibit A;

on the Defendant Officer Gary Moriyama, by personally delivering a copy of the above documents to Officer Gary Moriyama at his residence at:

284 Valle Vista Drive

Danville, CA 94526

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on August 5, 2008, at Berkeley, California.

*Nick Reed-Krase* (signature)

Nick Reed-Krase

JOINT CASE MANAGEMENT STATEMENT.

-2-