**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JAMAL JACKSON, *et al.*, | No. C 08-01916 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, *et al.*, | |
| Defendants. | |

In plaintiff's Case Management Statement, he indicates he intends at some unspecified point in time to file an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11, because this matter is related to another matter pending before Judge Walker. *See* Docket No. 10 at ¶ 4. Civil Local Rule 3-12(b) states (emphasis added):

> Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party *must promptly* file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11.

Accordingly, plaintiff is ORDERED to comply with this rule within five days of the date of the entry of this Order.

The Case Management Conference scheduled for September 17, 2008 at 3:30 p.m, *see* Docket No. 13, shall be CONTINUED to October 15, 2008 at 3:15 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for

///

1 arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the
2 above indicated date and time.
3   IT IS SO ORDERED.

4
5   September 4, 2008                    _____
                                          Saundra Brown Armstrong
6                                         United States District Judge